UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: IJS ENTERPRISE RE, LLC § Case No. 12-71191-JRS
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

S. GREGORY HAYS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $96,000.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $340,092.95    Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $82,683.10

---

3)  Total gross receipts of $   424,164.08   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   1,388.03   (see **Exhibit 2**), yielded net receipts of $422,776.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,509,098.84 | $329,631.88 | $329,631.88 | $329,631.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,683.10 | 82,683.10 | 82,683.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,857.51 | 1,048,528.64 | 1,028,709.47 | 10,461.07 |
| **TOTAL DISBURSEMENTS** | $1,629,956.35 | $1,460,843.62 | $1,441,024.45 | $422,776.05 |

4) This case was originally filed under Chapter 7 on August 25, 2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2014          By: /s/S. GREGORY HAYS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| May 2013 rent less utilities - Received post sal | 1180-002 | 1,388.03 |
| 53 Monroe Highway, Winder, GA | 1110-000 | 405,000.00 |
| Leased Space to Pizza in the Pie | 1222-000 | 11,356.00 |
| Insurance Claim | 1290-000 | 6,420.05 |
| **TOTAL GROSS RECEIPTS** | | **$424,164.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karunaben R. Desai | Post sale rent from Pizza the Pie turned over to property purchaser per Order, docket #23 | 8500-002 | 1,388.03 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,388.03** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | David & Ann Strand | 4110-000 | 42,746.01 | N/A | N/A | 0.00 |
| NOTFILED | United Central Bank | 4110-000 | 81,232.96 | N/A | N/A | 0.00 |
| NOTFILED | Morgan & Chakales, PC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Clark Law | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Central Bank | 4110-000 | 1,385,119.87 | N/A | N/A | 0.00 |
| | United Central Bank | 4110-000 | N/A | 11,356.00 | 11,356.00 | 11,356.00 |
| | Barrow County Tax Comm | 4700-000 | N/A | 21,077.54 | 21,077.54 | 21,077.54 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| City of Winder | 4120-000 | N/A | 1,797.04 | 1,797.04 | 1,797.04 |
| United Central Bank | 4110-000 | N/A | 295,401.30 | 295,401.30 | 295,401.30 |
| **TOTAL SECURED CLAIMS** |  |  | $1,509,098.84 | $329,631.88 | $329,631.88 | $329,631.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| S. Gregory Hays | 2100-000 | N/A | 24,388.80 | 24,388.80 | 24,388.80 |
| S. Gregory Hays | 2200-000 | N/A | 1,395.65 | 1,395.65 | 1,395.65 |
| Hays Financial Consulting, LLC | 3310-000 | N/A | 8,115.00 | 8,115.00 | 8,115.00 |
| Hays Financial Consulting, LLC | 3320-000 | N/A | 214.26 | 214.26 | 214.26 |
| Lamberth, Cifelli, Stokes, Ellis & Nason P.A | 3210-000 | N/A | 34,004.00 | 34,004.00 | 34,004.00 |
| Lamberth, Cifelli, Stokes, Ellis & Nason P.A | 3220-000 | N/A | 229.34 | 229.34 | 229.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.34 | 11.34 | 11.34 |
| Rabobank, N.A. | 2600-000 | N/A | 11.19 | 11.19 | 11.19 |
| Rabobank, N.A. | 2600-000 | N/A | 68.37 | 68.37 | 68.37 |
| Stout Atwood LLC | 2820-000 | N/A | 2,398.80 | 2,398.80 | 2,398.80 |
| Stout and Hendrick LLC | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| United Central Bank | 2500-000 | N/A | 9,475.00 | 9,475.00 | 9,475.00 |
| Rabobank, N.A. | 2600-000 | N/A | 97.38 | 97.38 | 97.38 |
| Rabobank, N.A. | 2600-000 | N/A | 111.22 | 111.22 | 111.22 |
| Rabobank, N.A. | 2600-000 | N/A | 99.28 | 99.28 | 99.28 |
| Rabobank, N.A. | 2600-000 | N/A | 116.07 | 116.07 | 116.07 |
| Rabobank, N.A. | 2600-000 | N/A | 105.36 | 105.36 | 105.36 |
| Rabobank, N.A. | 2600-000 | N/A | 101.70 | 101.70 | 101.70 |
| Rabobank, N.A. | 2600-000 | N/A | 115.57 | 115.57 | 115.57 |
| Rabobank, N.A. | 2600-000 | N/A | 97.90 | 97.90 | 97.90 |
| Rabobank, N.A. | 2600-000 | N/A | 115.23 | 115.23 | 115.23 |
| Rabobank, N.A. | 2600-000 | N/A | 110.84 | 110.84 | 110.84 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 106.08 | 106.08 | 106.08 |
| Rabobank, N.A. | 2600-000 | N/A | 109.72 | 109.72 | 109.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$82,683.10** | **$82,683.10** | **$82,683.10** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Branch Banking & Trust Company | 7100-000 | 2,077.86 | 2,617.24 | 2,617.24 | 26.62 |
| 2 | U.S. Bankruptcy Court - Branch Banking & Trust | 7100-001 | N/A | 86.21 | 86.21 | 0.88 |
| 3 | BBCN Bank | 7100-000 | 19,991.48 | 19,819.17 | 0.00 | 0.00 |
| 4 | United Central Bank | 7100-000 | N/A | 1,026,006.02 | 1,026,006.02 | 10,433.57 |
| NOTFILED | Orkin Pest Control | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Petroleum | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Solomon & Jeffries LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Keon Tae Park | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mills & Hoopes, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Windstream | 7100-000 | 278.37 | N/A | N/A | 0.00 |
| NOTFILED | AG Adjustments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Keon Park for K&S Express Mart, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | US Foods | 7100-000 | 5,011.18 | N/A | N/A | 0.00 |
| NOTFILED | Protection Security Systems | 7100-000 | 154.70 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club / GEMB | 7100-000 | 4,111.74 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/HH GREGG | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA), N.A. | 7100-000 | 631.00 | N/A | N/A | 0.00 |
| NOTFILED | CDS Merchant Card Processing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barrow County Tax Commissioner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,296.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 20,066.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,667.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Power Company | 7100-000 | 1,694.52 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Secretary of State Corporations Division | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Enagic USA, Inc. | 7100-000 | 2,376.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Bank & Trust Bankruptcy Notice | 7100-000 | 11,534.63 | N/A | N/A | 0.00 |
| NOTFILED | City of Winder | 7100-000 | 456.03 | N/A | N/A | 0.00 |
| NOTFILED | Coca Cola North America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | K&S Express Mart, Inc. | 7100-000 | 23,300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $120,857.51 | $1,048,528.64 | $1,028,709.47 | $10,461.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-71191-JRS  **Trustee:** (300320) S. GREGORY HAYS
**Case Name:** IJS ENTERPRISE RE, LLC  **Filed (f) or Converted (c):** 08/25/12 (f)
 **§341(a) Meeting Date:** 09/21/12
**Period Ending:** 07/07/14  **Claims Bar Date:** 05/26/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 53 Monroe Highway, Winder, GA | 700,000.00 | 0.00 | | 405,000.00 | FA |
| 2 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking First American Bank & Trust | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Premier Petroleum Security Deposit | 26,000.00 | 26,000.00 | | 0.00 | FA |
| 5 | Business Lease with K&S Express Mart, Inc | Unknown | 0.00 | | 0.00 | FA |
| 6 | Machinery, Fixtures, Equipment and Supplies Incl See Asset # 8. Insurance claim. | 70,000.00 | 8,000.00 | | 0.00 | FA |
| 7 | Leased Space to Pizza in the Pie  (u) | Unknown | 12,000.00 | | 11,356.00 | FA |
| 8 | Insurance Claim  (u) | 0.00 | 6,420.05 | | 6,420.05 | FA |
| 8 | Assets   Totals (Excluding unknown values) | **$796,000.00** | **$52,420.05** | | **$422,776.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014          **Current Projected Date Of Final Report (TFR):**    April 24, 2014  (Actual)

Printed: 07/07/2014 09:57 AM    V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-71191-JRS | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | IJS ENTERPRISE RE, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******25-66 - Checking Account |
| Taxpayer ID #: | **-***2335 | | Blanket Bond: | $62,105,000.00  (per case limit) |
| Period Ending: | 07/07/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/12 | {7} | Pizza the Pie, LLC | Rent - September 2012 | 1222-000 | 1,500.00 | | 1,500.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 10/12/12 | {7} | Pizza the Pie, LLC | Rent - October 2012 | 1222-000 | 1,500.00 | | 2,975.00 |
| 10/30/12 | {7} | Pizza the Pie, LLC | Rent - November 2012 | 1222-000 | 1,500.00 | | 4,475.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,450.00 |
| 11/27/12 | {7} | Pizza the Pie, LLC | $1500 Rent less water bill credit | 1222-000 | 1,388.74 | | 5,838.74 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,813.74 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030032088 20121213 | 9999-000 | | 5,813.74 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,888.74 | 5,888.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,813.74 | |
| | | | Subtotal | | 5,888.74 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,888.74 | $75.00 | |

{} Asset reference(s)                                                                                                                 Printed: 07/07/2014 09:57 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 12-71191-JRS | **Trustee:** S. GREGORY HAYS (300320) |
| **Case Name:** IJS ENTERPRISE RE, LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******25-67 - Checking Account |
| **Taxpayer ID #:** **-***2335 | **Blanket Bond:** $62,105,000.00  (per case limit) |
| **Period Ending:** 07/07/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)   Printed: 07/07/2014 09:57 AM   V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-71191-JRS  
**Case Name:** IJS ENTERPRISE RE, LLC  

**Taxpayer ID #:** **-***2335  
**Period Ending:** 07/07/14  

**Trustee:** S. GREGORY HAYS (300320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $62,105,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 5,813.74 | | 5,813.74 |
| 12/26/12 | {7} | Pizza the Pie, LLC | $1500 Rent less water bill credit | | 1222-000 | 1,371.06 | | 7,184.80 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,174.80 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.34 | 7,163.46 |
| 02/04/13 | {7} | Pizza the Pie, LLC | $1500 Rent | | 1222-000 | 1,500.00 | | 8,663.46 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.19 | 8,652.27 |
| 03/05/13 | {1} | Rajendra Desai | Earnest money Applied to Sale Proceeds - Per Order (Dkt # 23). | | 1110-000 | 50,000.00 | | 58,652.27 |
| 03/05/13 | {7} | Pizza the Pie, LLC | March 2013 rent less utilities | | 1222-000 | 1,096.20 | | 59,748.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 68.37 | 59,680.10 |
| 04/04/13 | {7} | Pizza the Pie LLC | April 2013 Rent | | 1222-000 | 1,500.00 | | 61,180.10 |
| 04/23/13 | 10101 | United Central Bank | Payment to Mortgage Holder of post-petition rents collected by Trustee per order, docket #23. | | 4110-000 | | 11,356.00 | 49,824.10 |
| 04/24/13 | | Stout Atwood LLC | Sale of 53 Monroe Hwy, Winder, GA. Per Order, Docket #23 | | | 23,850.32 | | 73,674.42 |
| | {1} | Karunaben R. Desai | Sale of 53 Monroe Highway, Winder, Ga Per Order (Dkt # 23). | 355,000.00 | 1110-000 | | | 73,674.42 |
| | | | Credit to Buyer for 2013 Taxes (Per Order, Dkt # 23) | -2,398.80 | 2820-000 | | | 73,674.42 |
| | | Barrow County Tax Comm | 2011 and 2012 Real Property Taxes (Per Order, Dkt # 23) | -21,077.54 | 4700-000 | | | 73,674.42 |
| | | City of Winder | Unpaid Utility Bills (Per Order, Dkt # 23) | -1,797.04 | 4120-000 | | | 73,674.42 |
| | | Stout and Hendrick LLC | Closing Attorney Fee (Per Order, Dkt # 23) | -1,000.00 | 2500-000 | | | 73,674.42 |
| | | United Central Bank | Appraisal & Review, ESA Reports - Paid Per Order (DKT # 23). | -9,475.00 | 2500-000 | | | 73,674.42 |
| | | United Central Bank | Mortgage Payoff - Paid Per Order (DKT # 23). | -295,401.30 | 4110-000 | | | 73,674.42 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.38 | 73,577.04 |
| 05/02/13 | | Pizza the Pie, LLC | May 2013 rent less utilities - Received post sale-Turned over to property purchaser. | | 1180-002 | 1,388.03 | | 74,965.07 |

Subtotals :   $86,519.35   $11,554.28

{} Asset reference(s)  
Printed: 07/07/2014 09:57 AM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-71191-JRS
**Case Name:** IJS ENTERPRISE RE, LLC
**Taxpayer ID #:** **-***2335
**Period Ending:** 07/07/14

**Trustee:** S. GREGORY HAYS (300320)
**Bank Name:** Rabobank, N.A.
**Account:** ******7466 - Checking Account
**Blanket Bond:** $62,105,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/13/13 | 10102 | Karunaben R. Desai | Post sale rent from Pizza the Pie turned over to property purchaser per Order, docket #23 | 8500-002 | | 1,388.03 | 73,577.04 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.22 | 73,465.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.28 | 73,366.54 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.07 | 73,250.47 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.36 | 73,145.11 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.70 | 73,043.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.57 | 72,927.84 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.90 | 72,829.94 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.23 | 72,714.71 |
| 01/17/14 | {8} | United Central Bank | Insurance Proceeds Per Order, Dkt # 29. | 1290-000 | 6,420.05 | | 79,134.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.84 | 79,023.92 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.08 | 78,917.84 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.72 | 78,808.12 |
| 06/20/14 | 10103 | Hays Financial Consulting, LLC | Accountant for Trustee Fees, Dkt # 39. | 3310-000 | | 8,115.00 | 70,693.12 |
| 06/20/14 | 10104 | Hays Financial Consulting, LLC | Accountant for Trustee Expenses. Paid per Order, Dkt No. 39. | 3320-000 | | 214.26 | 70,478.86 |
| 06/20/14 | 10105 | Lamberth, Cifelli, Stokes, Ellis & Nason P.A | Attorney for Trustee Fees. Paid per Order, Dkt. No. 39. | 3210-000 | | 34,004.00 | 36,474.86 |
| 06/20/14 | 10106 | Lamberth, Cifelli, Stokes, Ellis & Nason P.A | Attorney for Trustee Expenses. Paid per Order, Dkt. No. 39. | 3220-000 | | 229.34 | 36,245.52 |
| 06/20/14 | 10107 | Branch Banking & Trust Company | Final Distribution per TFR, Dkt No.36. | 7100-000 | | 26.62 | 36,218.90 |
| 06/20/14 | 10108 | United Central Bank | Final Distribution per TFR, Dkt No.36. | 7100-000 | | 10,433.57 | 25,785.33 |
| 06/20/14 | 10109 | S. Gregory Hays | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 25,784.45 | 0.88 |
| | | | Trustee Commission 24,388.80 paid per Order, Dkt # 39. | 2100-000 | | | 0.88 |
| | | | Trustee Expenses paid 1,395.65 per Order, Dkt # 39. | 2200-000 | | | 0.88 |
| 06/20/14 | 10110 | U.S. Bankruptcy Court | Final Distribution per TFR, Dkt No.36. Small Dividend per BK Rule 3010. | 7100-001 | | 0.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 92,939.40 | 92,939.40 | $0.00 |
| | | | Less: Bank Transfers | | 5,813.74 | 0.00 | |
| | | | **Subtotal** | | 87,125.66 | 92,939.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$87,125.66** | **$92,939.40** | |

{} Asset reference(s)

Printed: 07/07/2014 09:57 AM   V.13.15

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-71191-JRS | **Trustee:** S. GREGORY HAYS (300320) |
| **Case Name:** IJS ENTERPRISE RE, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7467 - Checking Account |
| **Taxpayer ID #:** **-***2335 | **Blanket Bond:** $62,105,000.00  (per case limit) |
| **Period Ending:** 07/07/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---:|---:|
| Net Receipts : | 93,014.40 |
| Plus Gross Adjustments : | 331,149.68 |
| Less Other Noncompensable Items : | 2,776.06 |
| Net Estate : | $421,388.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ****-******25-66** | 5,888.74 | 75.00 | 0.00 |
| **Checking # ****-******25-67** | 0.00 | 0.00 | 0.00 |
| **Checking # ******7466** | 87,125.66 | 92,939.40 | 0.00 |
| **Checking # ******7467** | 0.00 | 0.00 | 0.00 |
| | $93,014.40 | $93,014.40 | $0.00 |

{} Asset reference(s)

Printed: 07/07/2014 09:57 AM    V.13.15